**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02759-DDD-SP

Cuesta, et al

                        Plaintiffs,

        v.

Denver SE Hotel, LLC

                        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiffs and the Defendant,

pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action be dismissed with

prejudice, a resolution of all matters in dispute having been made pursuant to a settlement

agreement executed between the parties.

Respectfully submitted on this 24th day of May 2023,

*/s/ Jon G. Shadinger Jr.*              */s/ Joseph J. Lynett*
Jon G. Shadinger Jr., Esq.              Joseph J. Lynett
Shadinger Law, LLC                      44 South Broadway, 14th Floor
717 E. Elmer Street, Suite 7            White Plains, New York 10601
Vineland, NJ 08360                      Telephone: (914) 872-8060
js@shadingerlaw.com                     Joseph.Lynett@jacksonlewis.com
Direct (609) 319-5399
Office (609) 691-8565                    Tiffany E. Alberty, Esq.
Fax (609) 262-4651                       Melisa H. Panagakos
*Attorney for Plaintiffs*                Jackson Lewis, P.C.
                                         950 17th Street, Suite 2600
                                         Denver, CO 80202
                                         Phone (303) 876-2214
                                         Fax (303) 892-0404
                                         Tiffany.alberty@jacksonlewis.com
                                         Melissa.Panagakos@jacksonlewis.com
                                         *Attorneys for Defendant*